## ORDER

PER CURIAM.

Defendant was convicted of forcible sodomy, two counts of armed criminal action, and robbery in the first degree. Defendant filed appeals from the judgment and sentence and from the trial court's denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. However, Defendant has abandoned the latter appeal by failing to brief any errors with respect to the denial of post-conviction relief.

We have reviewed the briefs of the parties and the record in this jury-tried case and find no error of law. An opinion would have no precedential value. We affirm the convictions pursuant to Rules 30.25(b) and 84.16(b).

## ORDER

PER CURIAM.

Lue Bertha Coble and St. Luke's Hospital appeal from an award of the Labor and Industrial Relations Commission affirming the finding of a Division of Worker's Compensation administrative law judge that Coble sustained thirty-five percent permanent/partial disability of the body due to low back pain, ten percent permanent/partial disability to the body due to depression and twenty-five percent permanent/partial disability due to a pre-existing bladder condition.

The judgment is affirmed according to Rule 84.16(b).

---

**Lue Bertha COBLE, Employee/Appellant,**

v.

**ST. LUKE'S HOSPITAL,**
**Employer/Cross–**
**Appellant,**

and

**State of Missouri, Second Injury**
**Fund, Respondent.**

Nos. 64754, 64755.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 19, 1994.

Ray Marglous, St. Louis, for employee/appellant.

James A. Thoenen, St. Louis, for employer/cross-respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., Maria W. Campbell, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

---

**STATE of Missouri, Plaintiff–**
**Respondent,**

v.

**Reggie HART, Defendant–Appellant.**

No. 64207.

Missouri Court of Appeals,
Eastern District,
Division One.

April 19, 1994.

S. Paige Canfield, St. Louis, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.